SELDEN, *appellant, vs.* VERMILYA and others, *respondents.*

Under the provisions of the code of procedure, there is no right of appeal to this court from an interlocutory determination of the supreme court, e. g. an order dissolving a temporary injunction.

ON a bill filed, a temporary injunction was granted restraining the sale of the property in controversy pending the litigation. Pending the suit, in September, 1847, the supreme court in special term made an order dissolving the injunction; which order was confirmed by the supreme court on a re-hearing in general term, in September last. From the order made at the general term the complainant appealed to this court.

*G. F. Comstock,* for the respondent, moved to dismiss the appeal.

*P. Y. Cutler,* for the appellant.

BRONSON, J. Although this suit was commenced prior to the first of July, yet as the order of the general term dissolving the injunction was made since that day, the right to appeal depends on the code of procedure. (*Mayor of New-York* v. *Schermerhorn, ante, p.* 423.) And it is quite clear that the code does not give an appeal in such a case. (§§ 282, 11.)

Motion granted.